No. 1063. MINNEAPOLIS, ST. PAUL & SAULT STE. MARIE RAILWAY COMPANY *v.* ERNEST J. GONEAU. June 9, 1924. Petition for a writ of certiorari to the Supreme Court of the State of Minnesota granted. *Mr. Marshall A. Spooner* and *Mr. John E. Palmer* for petitioner. *Mr. Samuel A. Anderson* for respondent.

No. 1071. JAMES C. DAVIS, DIRECTOR GENERAL AND AGENT, ETC. *v.* JOHN L. ROPER LUMBER COMPANY. June 9, 1924. Petition for a writ of certiorari to the Supreme Court of Appeals of the State of Virginia granted. *Mr. A. A. McLaughlin* and *Mr. R. M. Hughes, Jr.,* for petitioner. No appearance for respondent.

No. 1073. THOMAS W. MILLER, AS ALIEN PROPERTY CUSTODIAN, ET AL. *v.* BENJAMIN GUINNESS ET AL. June 9, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Solicitor General Beck* and *Mr. Dean H. Stanley* for petitioners. No appearance for respondents.

No. 1074. BENJAMIN GUINNESS ET AL. *v.* THOMAS W. MILLER, AS ALIEN PROPERTY CUSTODIAN, ET AL. June 9, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Alexander B. Siegel* for petitioners. No brief filed for respondents.

No. 1075. CHICAGO GREAT WESTERN RAILWAY COMPANY *v.* A. D. SCHENDEL, SPECIAL ADMINISTRATOR, ETC. June 9, 1924. Petition for a writ of certiorari to the Supreme Court of the State of Minnesota granted. *Mr. Asa G. Briggs* for petitioner. *Mr. Tom Davis* and *Mr. Ernest A. Michel* for respondent.